# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

In Re: Administrative Suspensions          Docket No.: 2:25-mc-00307-LEW

## ORDER

On June 3, 2025, the Maine Board of Overseers of the Bar provided this Court with notice that Attorney Lynne A. Williams was administratively suspended from the practice of law as of May 23, 2025. On June 16, 2025, this Court issued a notice to Attorney Williams advising that she was administratively suspended by this Court as well and directing her to provide proof of reinstatement within 14 days, pursuant to Rule 83.3(g)(1)(A) of the Local Rules of this Court.

Having received no reply since that time, Attorney Williams is hereby suspended from the practice of law in this Court effective immediately, pursuant to Rule 83.3(g)(1)(A)(iii).

**SO ORDERED.**

**Dated:** 7/8/2025

                                               **/s/ Lance E. Walker**
                                               **CHIEF U.S. DISTRICT JUDGE**